# Notice Recipients

District/Off: 0315−2         User: dsaw          Date Created: 5/4/2021
Case: 20−21262−CMB           Form ID: 309        Total: 39

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Kaitlin Shire | kshire@hillwallack.com |
| aty | Paul W. McElrath, Jr. | ecf@mcelrathlaw.com |
| aty | William E. Craig | ecfmail@mortoncraig.com |

                                                                         TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Leonard J. Rose | 763 West Mountainview Road | Acme, PA 15610 | |
| cr | Wilmington Trust, National Association | c/o Fay Servicing, LLC | 425 S. Financial Place | Suite 2000 Chicago, IL 60605 |
| cr | Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 | |
| cr | Credit Acceptance Corporation | 25505 W. 12 Mile Road, Ste 3000 | Southfield, MI 48034 | |
| 15230263 | Capital One Auto Finan | Credit Bureau Dispute | Plano, TX 75025 | |
| 15240189 | Capital One Auto Finan | Credit Bureau Dispute | Plano, TX 75025 | |
| 15244863 | Capital One Auto Finance, a division of Capital On | P.O. Box 4360 | Houston, TX 77210 | |
| 15232318 | Credit Acceptance | 25505 W Twelve Mile Rd | Ste 3000 | Southfield MI 48034 |
| 15230264 | Credit Acceptance Corp | Po Box 5070 | Southfield, MI 48086 | |
| 15240190 | Credit Acceptance Corp | Po Box 5070 | Southfield, MI 48086 | |
| 15230265 | Fay Servicing Llc | 1601 Lbj Freeway | Farmers Branch, TX 75234 | |
| 15240191 | Fay Servicing Llc | 1601 Lbj Freeway | Farmers Branch, TX 75234 | |
| 15240192 | Fayette County Tax Claim Bureau | 61 East Main Street | Uniontown, PA 15401 | |
| 15240193 | Jefferson Capital | PO BOX 7999 | Saint Cloud, MN 56302 | |
| 15237971 | Jefferson Capital Systems LLC | Po Box 7999 | Saint Cloud Mn 56302−9617 | |
| 15230266 | KML Law Group | 701 Market St Ste 5000 | Philadelphia, PA 19106 | |
| 15240194 | KML Law Group | 701 Market St Ste 5000 | Philadelphia, PA 19106 | |
| 15230267 | Portfolio Recovery | Dispute/Correspondence | 140 Corporate Blvd. | Norfolk, VA 23502 |
| 15240195 | Portfolio Recovery | Dispute/Correspondence | 140 Corporate Blvd. | Norfolk, VA 23502 |
| 15230268 | Portfolio Recovery | PO Box 41067 | Norfolk, VA 23541 | |
| 15240196 | Portfolio Recovery | PO Box 41067 | Norfolk, VA 23541 | |
| 15230269 | Sheffield Financial | PO Box 1847 | Wilson, NC 27894 | |
| 15240197 | Sheffield Financial | PO Box 1847 | Wilson, NC 27894 | |
| 15230270 | Tbom/atls/aspire | Po Box 105555 | Atlanta, GA 30348 | |
| 15240198 | Tbom/atls/aspire | Po Box 105555 | Atlanta, GA 30348 | |
| 15230271 | Tbom/atls/fortiva Mc | Po Box 105555 | Atlanta, GA 30348 | |
| 15240199 | Tbom/atls/fortiva Mc | Po Box 105555 | Atlanta, GA 30348 | |
| 15254053 | The Bank of Missouri | PO Box 105555 | Atlanta, GA 30348 | |
| 15230272 | Verizon | 500 Technology Dr | Weldon Spring, MO 63304 | |
| 15240200 | Verizon | 500 Technology Dr | Weldon Spring, MO 63304 | |
| 15238162 | West Penn Power | 5001 NASA Blvd | Fairmont WV 26554 | |
| 15230273 | West Penn Power | P.O. Box 3687 | Akron, OH 44309−3687 | |
| 15240201 | West Penn Power | P.O. Box 3687 | Akron, OH 44309−3687 | |
| 15254972 | Wilmington Trust, National Association, et al | c/o Fay Servicing, LLC | P.O. Box 814609 | Dallas, TX 75381 |

                                                                         TOTAL: 34